IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

JURY TRIAL DEMANDED!

TERRELL S. HUBBARD _____, Plaintiff, PRO-SE

v.

LINCOLN COUNTY SHERIFF TOM NESTOR et.al,

MICHAEL YOWELL et.al.,

WADE ADAMS et.al.,

DERRICK MATTHESON et.al.,

COLE BRITTON et.al.,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2016

JEFFREY P. COLWELL
CLERK

## A. PARTIES

1. TERRELL S. HUBBARD 05616 Box 10 Hugo, CO 80821
   (Plaintiff's name, prisoner identification number, and complete mailing address)

2. CAPTAIN MIKE YOWELL
   (Name, title, and address of first defendant)
   103 3RD AVE Box 10 Hugo, CO 80821

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:

   CAPTAIN YOWELL EXERCISES CONTROL OVER THE DEPUTY'S IN LINCOLN COUNTY SHERIFFS OFFICE

3. DEPUTY WADE ADAMS
   (Name, title, and address of second defendant)
   103 3RD AVE Box 10 Hugo, CO 80821

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:

   DEPUTY ADAMS REPORTS TO CAPTAIN YOWELL

4. DEPUTY DERRICK MATTHESON
   (Name, title, and address of third defendant)
   103 3RD AVE Box 10 Hugo, CO 80821

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:

   DEPUTY MATTHESON REPORTS TO CAPTAIN YOWELL

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                    2

A. PARTIES

5.) CORPRAL COLE BRITTON

103 3RD AVE BOX 10 HUGO, CO 80821

At the time the claim(s) alleged in this complaint arose was this defendant acting under color of law?  X  YES  EXPLAIN:

CORPRAL COLE BRITTAN REPORTS TO CAPTAIN YOWELL

6.) SHERIFF TOM NESTOR

103 3RD AVE BOX 10 HUGO, CO 80821

At the time the claims alleged in this complaint arose was this defendant acting under color of law  YES  EXPLAIN:

SHERIFF TOM NESTOR IS THE HEAD SUPERVISOR OF LINCOLN COUNTY JAIL

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    __X__ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _____ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

THE LINCOLN COUNTY SHERIFF'S DEPARTMENT HAS BEEN KNOWINGLY AND WILLINGLY VIOLATING MY RIGHT TO DUE PROCESS IN A MALITIOUS MANNER UNDER THE COLOR OF THE LAW BY WAY OF IN HOUSE PROSECUTION WITHOUT THE DUE PROCESS OF DISCIPLINARY HEARINGS

AT THIS TIME 1-29-16 I HAVE BEEN HELD ON ADSEG STATUS (OR 23/1) WITHOUT CAUSE SINCE THE DATE OF 12-31-15 HAVE NOT BEEN GIVEN A REASON OR DISCIPLINARY HEARING!! FURTHERMORE... I HAVE BEEN DENIED THE RIGHT TO PRACTICE LAW IN THE DEFENSE OF THE CHARGES AGAINST ME IN LINCOLN COUNTY AND ANOTHER JURISDICTION...
THE LINCOLN COUNTY SHERIFF'S OFFICE REFUSES TO ALLOW ME ACCESS TO THE UNITED STATES CONSTITUTION AND THE STATUTES THERE IN... THE LINCOLN COUNTY SHERIFFS OFFICE ALSO REFUSES TO PROVIDE EVEN INDIGENT INMATES BEING HOUSED IN ITS JAIL THE USE OF LEGAL MATERIALS SUCH AS BUT NOT LIMITED TO: CAPTION FORMS FOR MOTIONS.. BLANK WHITE PAPER.. MOTIONS NOR A LAW LIBRARY KIOSK...

(Rev. 1/30/07) 3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: RIGHT TO DUE-PROCESS VIOLATED...14TH AMENDMENT of U.S. CONSTITUTION

   Supporting Facts: I, TERRELL HUBBARD, BEING A CITIZEN OF THE UNITED STATES AND A RESIDENT OF THE STATE OF COLORADO, A STATE OF THE UNITED STATES, FILED OF THE following CONSTITUTIONAL RIGHTS WERE VIOLATED: ON OR ABOUT DEC 21, 2015 MY RIGHT TO DUE PROCESS CONTAINED WITHIN THE 14TH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES WAS VIOLATED IN THAT MICHAEL YOWELL, THE CAPTAIN OF THE LINCOLN COUNTY SHERIFFS OFFICE, ORDERED THAT I BE PLACED ON ADMINISTRATIVE SEGREGATION STATUS OR 23/1 WITHOUT PROVOCATION OR THE PROCESS OF A DISCIPLINARY HEARING INDEFINITELY WHERE I AM STILL AS OF 1-30-16...

   ON OR ABOUT THE DAY OF JUNE 16TH 2015 WADE ADAMS A LINCOLN COUNTY DEPUTY WITH THE LINCOLN COUNTY SHERIFFS OFFICE VIOLATED MY RIGHT TO DUE PROCESS IN PLACING ME ON 23/1 LOCKDOWN FOR 7 BUSINESS DAYS WITHOUT A DISCIPLINARY HEARING VIOLATING MY RIGHT TO DUE PROCESS   ON OR ABOUT THE DAY OF JANUARY 27TH 2016 WADE ADAMS AND DERRICK MATHESON BOTH LINCOLN COUNTY JAIL DEPUTY'S PUT ME ON LOCK DOWN FOR 23 HOURS AND VIOLATED MY RIGHT TO DUE PROCESS BY REFUSING ME A DISCIPLINARY HEARING WHEN I ASKED FOR ONE

   ON OR ABOUT THE DAY OF DECEMBER 17TH 2015 COLE BRITTON FIRED ME FROM WORK AS A FLOOR CREW MEMBER UNDER SUSPICIOUS CIRCUMSTANCES AND PLACED ME ON 23/1 WITHOUT INCIDENT AND WITHOUT DUE PROCESS...I WAS HELD IN A ROOM WITH NO HEAT DURING A SNOW STORM FOR 4 DAYS WITH THE TEMPERATURES AT 17°, 8° & 23° BEFORE BEING MOVED AFTER COMPLAINING ABOUT THE LIVING CONDITION COLE TOLD ME HE KNEW THERE WAS NO HEAT & HE'D WORK ON IT..BUT I HAD TO DEAL WITH IT FOR THE TIME BEING"

   ON OR ABOUT THE 3RD WEEK OF JUNE 2015 COLE BRITTAN HAD ME LOCKED IN A CELL 48 HOURS WITHOUT DUE-PROCESS OR A DISCIPLINARY HEARING WITH A BROKEN INTERCOM. I WAS NOT GIVEN RECREATION FOR AN HOUR, CLEANING SUPPLIES, HYGIENE ITEMS NOR WAS I ALLOWED AN OPPORTUNITY TO TAKE A SHOWER AT ANY TIME

   MICHAEL YOWELL, CAPTAIN OF THE LINCOLN COUNTY SHERIFFS OFFICE CLAIMS IN THE INMATE RULE BOOK THAT THE LINCOLN COUNTY SHERIFFS OFFICE CREATED THE INMATE CODE OF DISCIPLINE TO MAINTAIN A SAFE AND SECURE INSTITUTION BY CONTROLLING INMATE BEHAVIOR.. HE STATES HE CREATED THIS CODE TO DO THAT IN A FAIR, IMPARTIAL AND CONSISTENT MANNER.. AND THAT ALL RULES CONTAINED IN HIS CODE OF DISCIPLINE WILL BE ENFORCED AFTER DUE-PROCESS BUT THE LINCOLN COUNTY SHERIFFS OFFICE HAS NEVER IN THE 242 DAYS I'VE BEEN SUBJECT TO THIS ALLEGED CODE HELD 1 SINGLE DISCIPLINARY HEARING BEFORE IMPOSING SANCTIONS ON THE INMATES HOUSED HERE..

   ON OR ABOUT THE DATE OF DEC 14TH 2015 SHERIFF TOM NESTOR, WHILE BEING THE SUPERVISOR AND OVERSEER OF THE EMPLOYEE'S OF THE LINCOLN COUNTY SHERIFFS OFFICE.. ALLOWED MICHAEL YOWELL TO VIOLATE MY RIGHT TO DUE PROCESS IN LOCKING ME DOWN WITH OUT REASON OR DISCIPLINARY HEARING.

(Rev. 1/30/07)                                        4

2. Claim Two: <u>RIGHT TO AID IN OWN DEFENSE VIOLATED 6TH AMMENDMENT OF U.S. CONSTITUTION</u>

Supporting Facts: I, TERRELL S HUBBARD, BEING A CITIZEN OF THE UNITED STATES, AND A RESIDENT OF THE STATE OF COLORADO, A STATE OF THE UNITED STATES. ALLEGES THE FOLLOWING CONSTITUTIONAL RIGHTS WERE VIOLATED: ON OR ABOUT THE DATE OF JANUARY 26TH 2016..MY RIGHT TO AID IN THE DEFENSE OF MY OWN CRIMINAL CASE CONTAINED WITHIN THE 6TH AMMENDMENT OF THE CONSTITUTION OF THE UNITED STATES WAS VIOLATED IN THAT:

CAPTAIN MICHAEL YOWELL A SHERRIFF OF THE LINCOIN COUNTY SHERIFFS OFFICE REFUSED A REQUEST TO USE THE LAW LIBRARY BOOKS TO RESEARCH LEGAL STATUTES IN MY CASE WITH EXTREME PREJUDICE AND SAID I WAS ONLY ALLOWED TO RECIEVE THAT INFORMATION FROM MY LAWYER..VIOLATING MY RIGHT TO AID IN MY OWN DEFENSE...

ON OR ABOUT THE DATE OF JANUARY 31ST 2016 CORPRAL COLE BRITTAN OF THE LINCOIN COUNTY SHERIFFS OFFICE ALSO DENIED MY RIGHT TO AID IN MY OWN DEFENSE STATING "REQUEST ALL LEGAL INFORMATION FROM YOUR LAWYER"

ON OR ABOUT THE DATE OF DECEMBER 18TH 2015 CORPRAL COLE BRITTAN REFUSED ME THE RIGHT TO USE THE LEGAL MATERIAL DENYING ME THE RIGHTS OF THE 6TH AMMENDMENT OF THE US. CONSTITUTION

ON OR ABOUT THE DATE OF DECEMBER 21ST 2015 CORPRAL COLE BRITTAN REFUSED ME THE RIGHT TO AID IN MY OWN DEFENSE WITHOUT CAUSE OR AN EXPLINATION VIOLATING MY 6TH AMMENDMENT RIGHT OF THE US. CONSTITUTION

THE LINCOIN COUNTY SHERIFFS OFFICE REFUSES THE RIGHT TO THE DEFENSE IN MY OWN CASE BY NOT ALLOWING ACCESS THE UNITED STATES CONSTITUTIONAL STATUTES, THE USE OF OTHER LAW MATERIAL SUCH AS COPY'S..CAPTION FORMS..A KIOSK FOR CRIMINAL AND CIVIL STATUTES OR ACCESS TO A NOTARY OR INVELOPES OR ANY OTHER MEANS TO DEFENSE IN MY OWN CASE EVEN AS AN INDIGENT CONVICT...

(Rev. 1/30/07)   5

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   _X_ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? _X_ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I, THE PLAINTIFF, TERRELL C. HUBBARD, AM SEEKING INJUNCTIVE RELIEF IN THE FORM OF A COURT ORDER DIRECTING THE DEFENDANTS TO IMPLEMENT A FAIR AND IMPARTIAL DISCIPLINARY PROCESS AND A FULLY USABLE LAW LIBRARY..

PLAINTIFF ALSO SEEKS PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED BY THIS HONORABLE COURT FOR THE DEPRIVATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS SECURED IN THE 6TH & 14TH AMMENDMENTS OF THE UNITED STATES CONSTITUTION, ALSO FOR THE EMOTIONAL DISTRESS AND MENTAL ANGUISH CAUSED BY THE DEFENDANTS FOR THE DEPRIVATION OF MY RIGHT TO DUE PROCESS AND THE UNCONSTITUTIONAL CONFINEMENT IN SEGREGATION AS A RESULT..

PLAINTIFF ALSO SEEKS AN ORDER FOR THE DEFENDANTS TO PAY ALL COSTS, FEE'S AND COPAY'S RELATED TO THE FILING OF THIS COMPLAINT

PLAINTIFF FURTHER SEEKS ADDITIONAL INJUNCTIVE RELIEF IN THE FORM OF THE IMMEDIATE RELEASE FROM SEGREGATION.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   2-11-16
                  (Date)

_____  PRO-SE
(Prisoner's Original Signature)