**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00444-GPG


TERRELL S. HUBBARD,

     Plaintiff,

v.

TOM NESTOR, Lincoln County Sheriff,
MICHAEL YOWELL,
WADE ADAMS,
DERRICK MATHESON, and
COLE BRITTON,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER


     First, Plaintiff submitted a Letter to the Court on March 2, 2016, and asks that the Court provided him with a packet of paper and envelopes so that he can supply copies to all parties involved in this action.   The request is denied as unnecessary.   The case is pending initial review.   Any service upon defendants is premature.

     Plaintiff also submitted a Motion for Court Order and asks that the Court direct Defendants to provide to the Court a signed statement of his institutional account. Plaintiff has failed to submit any documentation to verify that he has asked jail staff for a certified account statement and the staff has refused to provide a statement to him. Accordingly, the Motion for Court Order, ECF No. 7, is denied.   Plaintiff is directed to comply with the February 24, 2016 Order within the time allowed.   If Plaintiff fails to comply within the time allowed the action will be dismissed without notice.

Dated:   March 3, 2016